CHARLES JONES et al., Appellants, *v.* THE CITY OF NEW YORK, Respondent.

*Jones* v. *City of New York,* 57 App. Div. 403, affirmed.
(Argued February 17, 1902; decided March 4, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 13, 1901, affirming a judgment in favor of plaintiffs entered upon the report of a referee.

*L. Laflin Kellogg* and *Alfred C. Petté* for appellants.

*George L. Rives, Corporation Counsel (Theodore Connoly,* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ.

---

GEORGE F. HINE, as Receiver of ADAMANT MANUFACTURING COMPANY OF AMERICA, Respondent, *v.* SAMUEL II. VANDERBEEK et al., Defendants.

JACOB A. ZIMMERMANN et al., Appellants.

*Hine* v. *Vanderbeek,* 56 App. Div. 621, affirmed.
(Argued February 17, 1902; decided March 4, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 8, 1901, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Payson Merrill* for appellants.

*William C. Breed* and *Henry H. Abbott* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN and VANN, JJ. Not voting: BARTLETT, J.